JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**           Under Seal: Yes ___ No X     Judge Assigned:    IDD
City    Vienna          Superseding Indictment          Criminal Number: _____
County/Parish _____    Same Defendant _____           New Defendant    X
                        Magistrate Judge Case Number  1:25-MJ-606    Arraignment Date: _____
                        Search Warrant Case Number    _____
                        R 20/R 40 from District of    _____
                        Related Case Name and No:     _____

Defendant Information:

**Juvenile** -- Yes ___ No X  **FBI #** _____
**Defendant Name:** Ashley Joachim TELLIS    Alias Name(s) _____
**Address:** Vienna, VA 22181
**Employment:** _____

**Birth date** 1691    **SS#** 9575    **Sex** M Def Race _____    Nationality  Naturalized U.S. Citizen    Place of Birth  Bombay, India
**Height** 5'5"    **Weight** 155    **Hair** Gray    Eyes Brown    Scars/Tattoos _____
**Interpreter:** X No ___ Yes  List language and/or dialect: _____    Automobile Description _____

Location Status:
Arrest Date    October 12, 2025
X  Already in Federal Custody as of    October 12, 2025    in _____
___ Already in State Custody        ___ On Pretrial Release      ___ Not in Custody
___ Arrest Warrant Requested        ___ Fugitive                 ___ Summons Requested
___ Arrest Warrant Pending          ___ Detention Sought         ___ Bond

Defense Counsel Information:
Name: _____                    ___ Court Appointed      Counsel conflicted out: _____
Address: _____                 ___ Retained
Telephone: _____               ___ Public Defender      Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA  Seth Schlessinger    Telephone No:  703-299-3700    Bar # _____
Complainant Agency, Address & Phone Number  or Person & Title:
Federal Bureau of Investigation

U.S.C. Citations:

| **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 U.S.C. § 793(e) | Unlawful retention of national defense information | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

**Date:**  October 13, 2025    Signature of AUSA:    /s/ Seth Schlessinger