IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> vs. <br><br> ASHLEY J. TELLIS, <br><br> *Defendant*. | Case No. 1:25-mj-00606-LRV |

## **MOTION TO WITHDRAW AS COUNSEL**

Deborah Curtis hereby moves to withdraw her appearance as counsel for Ashley J. Tellis in the above-captioned matter, pursuant to Loc. R. Crim. 57.4(H). Counsel provided reasonable notice to Dr. Tellis. John Nassikas of Arnold & Porter LLP will remain lead counsel.

Dated: October 21, 2025

Respectfully submitted,

_____
John Nassikas (VA Bar No. 24077)

_____
Deborah Curtis (*Pro Hac Vice*)
Arnold & Porter LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6820
Telephone: (202) 942-5081
john.nassikas@arnoldporter.com
deborah.curtis@arnoldporter.com

*Attorneys for Ashley J. Tellis*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing document electronically with the United States District Court for the Eastern District of Viginia with electronic service to all counsel and parties of record.

Dated: October 21 2025

_____
John Nassikas