TYPE OF HEARING: PH/DH
CASE NUMBER: 1:25-MJ-606
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: 10/21/2025
TIME: 2:00pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Ashley Tellis

GOVT. ATTY: Leslie Esbrook/ Seth Schlessinger

DEFT'S ATTY: John N Nassikas, III

DUTY AFPD/CJA:

INTERPRETER_____ LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( ) Reappointed ( )
    Counsel appointed for the purpose of hearing in the EDVA ( )
    Counsel appointed for the purpise of todays hearing ( )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Consent to Trial Before US Magistrate Judge ( )

Deft consent to PC and waived PH. Court finds PC. Matter continued for further proceeding before the Grand Jury. Govt seeking Conditions of release w/ Appearance Bond - GRANTED. Deft to be released after processing.

Pending Motion to Withdraw as counsel (Dkt.18) - GRANTED.

Deft recognized to appear at further court date ( )

NEXT COURT APPEARANCE _____ TIME _____

In Court Time : 31 minutes