# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>__ASHLEY TELLIS_____<br>*Defendant* | )<br>)<br>) Case No. 1:25-mj-606<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/21/2025

_Ashley Tellis_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

John Nassikas, Va. #24077
*Printed name and bar number of defendant's attorney*

Arnold & Porter
601 Mass. Ave. NWDC
*Address of defendant's attorney*

john.nassikas@arnoldporter.com
*E-mail address of defendant's attorney*

202-942-6820
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*